UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                              Case No.:   18-21094-JNP
                                                                    Chapter:    vchChapter
Joseph M. Reichman and Melissa K. Reichman      Judge:      Jerrold N. Poslusny Jr.

NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on August 21, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$212,000.00  6771 Millville Road  Mays Landing, NJ  08330

Liens on property:

$235,885.53  SLS

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:  Douglas S. Stanger

Address:  646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-21094-JNP
Joseph M. Reichman                                                  Chapter 7
Melissa K. Reichman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: pdf905          Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +Joseph M. Reichman,    Melissa K. Reichman,    16 Central Ave.,    Mays Landing, NJ 08330-1519
517567064      +1St Card Service,    377 Hoes Ln,    Suite 200,    Piscataway Twp, NJ 08854-4155
517567066      +AtlantiCare Regional Medical Center,    65 W. Jimmie Leeds Rd.,    Pomona, NJ 08240-9104
517567067     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 15019,    Wilmington, DE 19886)
517567068      +Bank of America Cash Rewards,    PO Box 982235,    El Paso, TX 79998-2235
517567070      +Best Buy Credit Services,    PO Box 790441,    St Louis, MO 63179-0441
517567071      +Brenda Lahner,    59 Crestwood Rd,    Levittown, PA 19057-1726
517567073      +Citibank (Sears),    PO 6282,    Sioux Falls, ND 57117-6282
517567074      +Citibank (Sears),    PO Box 6283,    Sioux Falls, ND 57117-6283
517567075      +Citibank Credit Card,    P O Box 6500,    Sioux Falls, SD 57117-6500
517567076      +Comenity Express (Lane Bryant),    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
517567081      +Freedom Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
517567083      +GM Financial,    801 Cherry St. - Suite 3600,    Fort Worth, TX 76102-6855
517567084      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517567085      +Kia Motors Finance,    Po Box 660891,    Dallas, TX 75266-0891
517567086      +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
517567088      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
517567095     ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court:  Professional Recovery Consultants,    2700 Meridian Parkway,
                 Suite 200,    Durham, NC 27713)
517567090      +Phillips & Cohen Assoc,    Po Box 5790,    Hauppauge, NY 11788-0164
517567091      +Phillips & Cohen Associates, Ltd.,    1002 Justison Street,    Wilmington, DE 19801-5148
517567092      +Portfolio Asset Group,    c/o Phillips & Cohen Associates, Ltd.,    1002 Justison St.,
                 Mail Stop 569,    Wilmington, DE 19801-5148
517567093      +Pressler, Felt & Warshaw, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517567094      +Price Glasser Associates,    331 Tilton Rd.,    Unit 25,    Northfield, NJ 08225-1201
517567096      +Quality Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
517567097      +Robert Lahner,    59 Crestwood Rd,    Levittown, PA 19057-1726
517567101      +SLS,    8742 Lucent Blvd - Suite 300,    Highlands Ranch, CO 80129-2386
517567098      +Selip & Stylianou LLP,    10 Forest Ave - Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
517567099      +Senn Oil Co,    501 S Philadelphia Ave,    Egg Harbor City, NJ 08215-3099
517567100      +Shore Medical Center,    PO Box 6195,    Wyomissing, PA 19610-0195
517567102      +Southern Jersey Family Medical Center,    1 N White Horse Pike,    Hammonton, NJ 08037-1875
517567112      +Target National Bank,    c/o Target Credit Services,    PO Box 9500,    Minneapolis, MN 55440-9500
517567113      +Tenaglia And Hunt,    395 West Passaic St,    Suite 205,    Rochelle Park, NJ 07662-3016
517567114     #+Union Health Care Financial Services,    1101 Wheaton Ave,    Suite 200,
                 Millville, NJ 08332-2003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517567065      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 17 2018 23:16:42      Atlantic City Electric,
                 Bankruptcy Division,    5 Collins Drive - Suite 2133,    Carneys Point, NJ 08069-3600
517567072      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:27
                 Capital One (Justice),    PO Box 30258,    Salt Lake City, UT 84130-0258
517567077      +E-mail/Text: kthompson@crownasset.com Jul 17 2018 23:17:11      Crown Asset Management, LLC,
                 3100 Breckenridge Blvd. - Suite 725,    Duluth, GA 30096-7605
517567078      +E-mail/Text: kthompson@crownasset.com Jul 17 2018 23:17:11      Crown Asset Mgmt,
                 3100 Breckenridge Blvd,    Suite 725,    Duluth, GA 30096-7605
517567079       E-mail/Text: mrdiscen@discover.com Jul 17 2018 23:16:12      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
517567080      +E-mail/Text: mrdiscen@discover.com Jul 17 2018 23:16:12      Discover Financial,
                 Attn: Bankruptcy,    PO Box 3025,    New Albany, OH 43054-3025
517567082      +E-mail/Text: bankruptcy@sccompanies.com Jul 17 2018 23:18:15      Ginnys,    1112 7th Ave.,
                 Monroe, WI 53566-1364
517567087       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 23:16:23      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
517567089      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:05      LVNV Funding, LLC,
                 c/o Resurgent Capital Services, LP,    55 Beattie Place - Suite 110,
                 Greenville, SC 29601-5115
517569622      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517567103      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:24      Synchrony Bank (Amazon Card),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567104      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:52      Synchrony Bank (Care Credit),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jul 17, 2018
                              Form ID: pdf905          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517567105     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank (JC Penney),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567106     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank (Lowes),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567107     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank (Old Navy),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567108     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:24      Synchrony Bank (PayPal),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567109     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank (Toys R Us,
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567110     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:52
               Synchrony Bank (Value City Furniture),    Attention: Bankruptcy Department,    PO Box 965060,
               Orlando, FL 32896-5060
517567111     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:24      Synchrony Bank (Walmart),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567115     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 23:16:09
               Verizon,    PO Box 4846,    Trenton, NJ 08650-4846
517567116     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 23:16:09
               Verizon Wireless,    500 Technology Drive - Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517567069*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America Visa Signature,     PO Box 982234,
               El Paso, TX 79998)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   IMPAC Mortgage Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor   IMPAC Mortgage Corp. rsolarz@kmllawgroup.com
              Steven J. Richardson    on behalf of Debtor Joseph M. Reichman ecf@richardsonlawoffices.com
              Steven J. Richardson    on behalf of Joint Debtor Melissa K. Reichman ecf@richardsonlawoffices.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```