**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph M. Reichman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3063<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Melissa K. Reichman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6216<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–21094–JNP

## Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph M. Reichman                                                        Melissa K. Reichman

<u>8/31/18</u>                                                                             **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318　　　　　　　　**Order of Discharge**　　　　　　　　page 2

```
Case 18-21094-JNP    Doc 22    Filed 09/02/18    Entered 09/03/18 00:34:28    Desc Imaged
                         Certificate of Notice    Page 3 of 4
```

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-21094-JNP
Joseph M. Reichman                                              Chapter 7
Melissa K. Reichman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Aug 31, 2018
                              Form ID: 318             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
```
db/jdb       +Joseph M. Reichman,    Melissa K. Reichman,    16 Central Ave.,    Mays Landing, NJ 08330-1519
517567064    +1St Card Service,    377 Hoes Ln,    Suite 200,    Piscataway Twp, NJ 08854-4155
517567066    +AtlantiCare Regional Medical Center,    65 W. Jimmie Leeds Rd.,    Pomona, NJ 08240-9104
517567068    +Bank of America Cash Rewards,    PO Box 982235,    El Paso, TX 79998-2235
517567070    +Best Buy Credit Services,    PO Box 790441,    St Louis, MO 63179-0441
517567071    +Brenda Lahner,    59 Crestwood Rd,    Levittown, PA 19057-1726
517567076    +Comenity Express (Lane Bryant),    Bankruptcy Department,    PO Box 182125,
               Columbus, OH 43218-2125
517567081    +Freedom Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
517567084    +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517567085    +Kia Motors Finance,    Po Box 660891,    Dallas, TX 75266-0891
517567088    +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
517567095    ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
               DURHAM NC 27713-2450
              (address filed with court: Professional Recovery Consultants,    2700 Meridian Parkway,
               Suite 200,    Durham, NC 27713)
517567090    +Phillips & Cohen Assoc,    Po Box 5790,    Hauppauge, NY 11788-0164
517567091    +Phillips & Cohen Associates, Ltd.,    1002 Justison Street,    Wilmington, DE 19801-5148
517567092    +Portfolio Asset Group,    c/o Phillips & Cohen Associates, Ltd.,    1002 Justison St.,
               Mail Stop 569,    Wilmington, DE 19801-5148
517567093    +Pressler, Felt & Warshaw, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517567094    +Price Glasser Associates,    331 Tilton Rd,    Unit 25,    Northfield, NJ 08225-1201
517567096    +Quality Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
517567097    +Robert Lahner,    59 Crestwood Rd,    Levittown, PA 19057-1726
517567101    +SLS,    8742 Lucent Blvd - Suite 300,    Highlands Ranch, CO 80129-2386
517567098    +Selip & Stylianou LLP,    10 Forest Ave - Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
517567099    +Senn Oil Co,    501 S Philadelphia Ave,    Egg Harbor City, NJ 08215-3099
517567100    +Shore Medical Center,    PO Box 6195,    Wyomissing, PA 19610-0195
517567102    +Southern Jersey Family Medical Center,    1 N White Horse Pike,    Hammonton, NJ 08037-1875
517567113    +Tenaglia And Hunt,    395 West Passaic St,    Suite 205,    Rochelle Park, NJ 07662-3016
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:31     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
517567065    +E-mail/Text: bankruptcy@pepcoholdings.com Aug 31 2018 23:04:09     Atlantic City Electric,
               Bankruptcy Division,    5 Collins Drive - Suite 2133,    Carneys Point, NJ 08069-3600
517567069     EDI: BANKAMER.COM Sep 01 2018 02:44:00      Bank of America Visa Signature,    PO Box 982234,
               El Paso, TX 79998
517567067     EDI: BANKAMER.COM Sep 01 2018 02:44:00      Bank Of America,    Po Box 15019,
               Wilmington, DE 19886
517567072    +EDI: CAPITALONE.COM Sep 01 2018 02:44:00      Capital One (Justice),    PO Box 30258,
               Salt Lake City, UT 84130-0258
517567073    +EDI: SEARS.COM Sep 01 2018 02:43:00      Citibank (Sears),    PO 6282,
               Sioux Falls, ND 57117-6282
517567074    +EDI: SEARS.COM Sep 01 2018 02:43:00      Citibank (Sears),    PO Box 6283,
               Sioux Falls, ND 57117-6283
517567075    +EDI: CITICORP.COM Sep 01 2018 02:43:00      Citibank Credit Card,    P O Box 6500,
               Sioux Falls, SD 57117-6500
517567077    +E-mail/Text: kthompson@crownasset.com Aug 31 2018 23:04:31     Crown Asset Management, LLC,
               3100 Breckenridge Blvd. - Suite 725,    Duluth, GA 30096-7605
517567078    +E-mail/Text: kthompson@crownasset.com Aug 31 2018 23:04:31     Crown Asset Mgmt,
               3100 Breckenridge Blvd,    Suite 725,    Duluth, GA 30096-7605
517567079     EDI: DISCOVER.COM Sep 01 2018 02:43:00      Discover Card,    PO Box 30943,
               Salt Lake City, UT 84130
517567080    +EDI: DISCOVER.COM Sep 01 2018 02:43:00      Discover Financial,    Attn: Bankruptcy,
               PO Box 3025,    New Albany, OH 43054-3025
517567083    +EDI: PHINAMERI.COM Sep 01 2018 02:43:00      GM Financial,    801 Cherry St. - Suite 3600,
               Fort Worth, TX 76102-6855
517567082     EDI: CBS7AVE Sep 01 2018 02:43:00      Ginnys,    1112 7th Ave.,    Monroe, WI 53566-1364
517567086    +EDI: FORD.COM Sep 01 2018 02:43:00      Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA 92728-0825
517567087     EDI: CBSKOHLS.COM Sep 01 2018 02:43:00      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
517567089    +EDI: RESURGENT.COM Sep 01 2018 02:43:00      LVNV Funding, LLC,
               c/o Resurgent Capital Services, LP,    55 Beattie Place - Suite 110,
               Greenville, SC 29601-5115
517569622    +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517567103    +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Amazon Card),
               Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: 318             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517567104      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Care Credit),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567105      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (JC Penney),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567106      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Lowes),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567107      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Old Navy),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567108      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (PayPal),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567109      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Toys R Us,
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567110      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Value City Furniture),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567111      +EDI: RMSC.COM Sep 01 2018 02:44:00      Synchrony Bank (Walmart),
                 Attention: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517567112      +EDI: WTRRNBANK.COM Sep 01 2018 02:43:00      Target National Bank,    c/o Target Credit Services,
                 PO Box 9500,    Minneapolis, MN 55440-9500
517567115      +EDI: VERIZONCOMB.COM Sep 01 2018 02:44:00      Verizon,    PO Box 4846,    Trenton, NJ 08650-4846
517567116      +EDI: VERIZONCOMB.COM Sep 01 2018 02:44:00      Verizon Wireless,
                 500 Technology Drive - Suite 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517567114       ##+Union Health Care Financial Services,     1101 Wheaton Ave,    Suite 200,
                  Millville, NJ 08332-2003
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    IMPAC Mortgage Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    IMPAC Mortgage Corp. rsolarz@kmllawgroup.com
              Steven J. Richardson    on behalf of Debtor Joseph M. Reichman ecf@richardsonlawoffices.com
              Steven J. Richardson    on behalf of Joint Debtor Melissa K. Reichman ecf@richardsonlawoffices.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```